IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-219-3D

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | )<br>) |
| ALAN CRAIG DOYLE, | ) **ORDER STAYING**<br>) **DEFENDANT'S RELEASE**<br>) |
| Defendant. | ) |

This case came before the court for hearing today on the government's oral motion, pursuant to 18 U.S.C. § 3142(f), to detain Defendant pending trial. Based upon its consideration of the evidence presented in light of the factors set forth in 18 U.S.C. § 3142(g), the court ordered that Defendant be released upon compliance with specified conditions. The government then requested that Defendant's release be stayed to allow the government to review the matter and decide whether to seek review of the release order by the presiding District Judge, pursuant to 18 U.S.C. § 3145(a)(1).

The government's oral motion for stay shall be ALLOWED on the following terms:

1. At or before 4:00 p.m. on October 15, 2025, the government shall file a motion for review of the release order or inform the court the government will not be appealing the release order.

2. The release of Defendant shall be STAYED, and Defendant shall remain in custody until 4:00 p.m. on October 15, 2025, pending filing of any motion for review.

3. If the government files its motion for review by 4:00 p.m. on October 15, 2025, the stay shall continue in effect until the court's resolution of the government's motion.

4.     If the government does not file a motion for review by 4:00 p.m. on October 15, 2025, the stay shall terminate at that time, and Defendant shall be released pursuant to the terms and conditions of the Order Setting Conditions of Release entered October 15, 2025.

SO ORDERED, this 15th day of October 2025.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge