IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-219-D-BM-3

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) MEMORANDUM IN SUPPORT OF |
| | ) MOTION FOR REVOCATION OF |
| ALAN CRAIG DOYLE, | ) ORDER OF RELEASE |
| | ) |
| | ) |

## ORDER TO SEAL

Upon motion of the United States it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the above-captioned matter be sealed until such time as requested to be unsealed by the United States Attorney or another person and the Court orders it unsealed.

It is FURTHER ORDERED that the Clerk be directed to provide the United States Attorney's Office for the Eastern District of North Carolina, with filed copies of the Memorandum in Support of Motion for Revocation of Order of Release, as well as filed copies of the Motion and Order to Seal the above-captioned matter.

This the 21 day of October, 2025.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE