UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:25-CR-219-D-BM-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| | ) | |
| ALAN CRAIG DOYLE, | ) | |
| Defendant | ) | |

Upon motion of the retained counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 189 be sealed until such time as requested to be unsealed by Defense Counsel.

This the 3 day of September, 2026.

J. Dever

The Honorable James C. Dever III
United States District Judge